IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 11 PM 3: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,                    Civil No. 00-2210-G V

     Plaintiff,

vs.

One 1996 Cadillac Seville,
VIN 1G6K5S2YSTU805916, with All
Appurtenances and Attachments Thereon,

One 1993 Infiniti,
VIN JNKNG01C6PM222506, with All
Appurtenances and Attachments Thereon,

Thirty-Two Thousand Two Hundred Eighty-Five
Dollars Ninety-Eight Cents ($32,285.98) in U.S.
Currency and Coins,

Miscellaneous Items of Jewelry,

     Defendants.

---

## CONSENT ORDER

---

Pursuant to the consent and agreement of the parties hereto, by and through their respective

attorneys, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

    1.    The remainder of the defendant properties, which have not previously been forfeited

to the United States, shall be divided as follows:

        a.    The sum of twenty-five thousand five hundred fifty-three dollars ($25,553.00)

in U.S. funds shall be forfeited to the United States, to be disposed of in accordance with law.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

    b.    The following property shall be returned to the Claimant:

    1)    Five thousand five hundred dollars ($5,500.00) in U.S. funds.

    2)    One thousand two hundred thirty-two dollars ninety-eight cents ($1,232.98) in U.S. coins seized from 5095 Gill, Memphis, Tennessee on September 14, 1999, or the equivalent in U.S. funds.

    3)    Nineteen (19) pieces of jewelry seized from 5095 Gill, Memphis, Tennessee on September 14, 1999.

2.    The Claimant admits no liability in connection with the seizure of the above-described property, which is the subject of this suit.

3.    The United States of America, its agents and employees, are released from any and all claims that might result from the seizure of the defendant properties and their subsequent partial release to Claimant as described herein.

4.    This action shall be dismissed with prejudice; and each party shall bear its own attorney's fees and costs.

5.    The Clerk of Court shall prepare a judgment incorporating the terms of this Order.

**IT IS SO ORDERED,** this _8th_ day of _October_ , 2005.

United States District Judge

2

APPROVED AND CONSENTED:

TERRELL. L. HARRIS
United States Attorney

BY:  _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
Attorney for Plaintiff

_____
WILLIAM D. MASSEY
Attorney for the Claimant Hardy Williams

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:00-CV-02210 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT